UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN BOU,

                     Plaintiff,

-V-

THE CITY OF NY, et.al.,

                     Defendants.
------------------------------------------------------------X

**07 CIVIL 6691 (JSR)**
**JUDGMENT**

    Whereas, plaintiffs counsel having failed to appear at the pre-trial conference on October 11, 2007; accordingly, the Court, on October 11, 2007, having issued its Order dismissing the complaint without prejudice to plaintiff's counsel, submitting to this Court, on or before October 25, 2007, an affidavit explaining his failure to appear, if it doesn't then the Clerk shall enter judgment, it is,

    **ORDERED, ADJUDGED AND DECREED**, That for the reasons stated in the Court's Order, dated Oct. 11 2007, plaintiff's complaint is hereby dismissed.

**DATED: NEW YORK, NY**
    Nov 9 , 2007

J. Michael McMahon
Clerk

(By) Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____