```
Form 02 - SUITABLE AGE              AETNA  CENTRAL  JUDICIAL  SERVICES
            HOWARD D. SIMMONS
            ATTN:
U.S.SOUTHERN DIST. COURT         NEW YORK   COUNTY
------------------------------------------------
                                                    Index No. 07 CIV 6691
JUAN BOU                                plaintiff
                                                    Date Filed ............
              - against -
                                                    Office No.
THE CITY OF NEW YORK, ETAL              defendant
                                                    Court Date:    /  /
------------------------------------------------
        STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
```

**CURTIS S. WARREN**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the
**23rd** day of **October, 2007   07:28 PM**             **at**
   **%PSA 3, 25 CENTRAL AVE.**
   **BROOKLYN,NY**
I served the   **SUMMONS AND COMPLAINT**
upon **POLICE OFFICER WHITEMAN**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     **P.O. "JOHN" CHATMAN -CO-WORKER WHO REFUSED FIRST NAME**
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
**SEX: MALE       COLOR: BROWN       HAIR: BROWN        AGE: 30   HEIGHT: 5:9    WEIGHT: 185**
OTHER IDENTIFYING FEATURES: **MUSTACHE**
On **10/24/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
24th  day of  October,          2007i                    .....C.Wrn..........
                                                         CURTIS S. WARREN   870667
BRETT GOLUB                                              AETNA   CENTRAL  JUDICIAL   SERVICES
Notary Public - State of New York                        225 BROADWAY, SUITE 1802
   No.01G06129491                                        NEW YORK, NY, 10007
Qualified in NASSAU                                      Reference No: 7HDS77336
Commission Expires 06/27/2009