AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Juan Bou

**SUMMONS IN A CIVIL CASE**

v.

The City of New York, The New York City Police Dept. and Police Officer Whiteman

CASE NUMBER: **07 CIV 6691**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

City of New York
Office of The Corporation Counsel
100 Church St
NYC, NY 10007

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HOWARD D. SIMMONS, ESQ.
ATTORNEY AT LAW
217 BROADWAY, SUITE 603
N.Y.C., N.Y. 10007
(212) 233-1486

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  /s/ Marcos Quintero

JUL __ 2007

DATE

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.